1  **SO. CAL. EQUAL ACCESS GROUP**
　 Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
　 101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
　 Telephone: (213) 252-8008
4  Facsimile: (213) 252-8009
　 cm@SoCalEAG.com
5
　 Attorneys for Plaintiff
6  LEEMANUEL WEILCH

7
　                 **UNITED STATES DISTRICT COURT**
8
　                 **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | LEEMANUEL WEILCH, | Case No.: **2:23-cv-04892 PA (JCx)** |
11 |                   |                                      |
12 |      Plaintiff,   | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
13 |      vs.          |                                      |
14 | MADISON COMPANY LLC; and DOES 1 to 10, | |
15 |                   |                                      |
16 |      Defendants.  |                                      |

17

18   **PLEASE TAKE NOTICE** that Plaintiff LEEMANUEL WEILCH ("Plaintiff")
19 pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses
20 the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)
21 which provides in relevant part:
22   (a) **Voluntary Dismissal.**
23       (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
24             and any applicable federal statute, the plaintiff may dismiss an action
25             without a court order by filing:
26       (i)   A notice of dismissal before the opposing party serves either an
27             answer or a motion for summary judgment.
28

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment.  Accordingly, this matter may be dismissed without an Order of the
3  Court.

5  DATED:  October 27, 2023              **SO. CAL. EQUAL ACCESS GROUP**

8              By:   */s/  Jason J. Kim*
                    Jason J. Kim, Esq.
9                   Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**